### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENA M., by and through her Parents,<br>HANS M. and MILDRED M.,<br>　　　　　　　　Plaintiffs<br><br>　　　vs.<br><br>SCHOOL DISTRICT of PHILADELPHIA,<br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 22-04767 |

### NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, School District of Philadelphia, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　**MARSHALL DENNEHEY WARNER**
　　　　　　　　　　　　　　　　　　　　**COLEMAN & GOGGIN**

　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　LEE C. DURIVAGE
　　　　　　　　　　　　　　　　Attorney ID #205928
　　　　　　　　　　　　　　　　2000 Market Street, Suite 2300
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Phone: (215) 575-2584/Fax: (215) 575-0856
　　　　　　　　　　　　　　　　Email: lcdurivage@mdwcg.com

　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: December 14, 2022

## **CERTIFICATE OF SERVICE**

I, Lee C. Durivage, Esquire, do hereby certify that a true and correct copy of the Notice of Appearance, was electronically filed with the Court on December 14, 2022, and is available for viewing and downloading from the ECF System.

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

BY: _____
LEE C. DURIVAGE
Attorney for Defendant