IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELENA M.**, by and through her Parents, **HANS M.** and **MILDRED M.**, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     **CIVIL ACTION** <br> : <br> :     **NO. 22-4767** |
| **SCHOOL DISTRICT OF PHILADELPHIA**, | : <br> : <br> : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 31st day of March, 2025, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 21), Defendant's Motion for Judgment on the Administrative Record (ECF No. 22), and all responses thereto (ECF Nos. 25–28), it is hereby **ORDERED** as follows:

1. The Court **AFFIRMS** the Administrative Decision and Order determination that Defendant violated the Individuals with Disabilities in Education Improvement Act, 20 U.S.C. § 1400, *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 794, from August 2021 to November 2021.

2. The Court **REVERSES** Administrative Decision and Order determination that Defendant did not violate the Individuals with Disabilities in Education Improvement Act, 20 U.S.C. § 1400, *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 794, from November 2021 to June 2022.

3. The award of compensatory education is **VACATED**.

4. This case is **REMANDED** for recalculation of compensatory education in accordance with the opinion accompanying this order and analysis of whether prospective private school placement is appropriate.

BY THE COURT:

_____
HON. MIA R. PEREZ